# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

RODNEY BETTIS,

     Plaintiff,

     v.

SPRING OAKS CAPITAL, LLC and
NISSAN MOTOR ACCEPTANCE
COMPANY, LLC,

     Defendants.

Case No.: 1:25-cv-03839-MHC-RGV

## NOTICE OF SETTLEMENT

Plaintiff, Rodney Bettis, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and will file a stipulation of dismissal with prejudice upon completion of the related settlement documentation.

Dated: November 7, 2025.

Respectfully submitted,

*/s/John A. Love*
John A. Love
GA Bar No. 459155
**LOVE CONSUMER LAW**
2500 Northwinds Parkway, Suite 330
Alpharetta, GA 30009
Telephone: (404) 855-3600
tlove@loveconsumerlaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

Dated: November 7, 2025.                           */s/ John A. Love*
                                                     John A. Love, Esq.
                                                     *Counsel for Plaintiff*