# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RODNEY BETTIS,

    Plaintiff,

 v.

SPRING OAKS CAPITAL, LLC and
NISSAN MOTOR ACCEPTANCE
COMPANY, LLC,

    Defendants.

Case No.: 1:25-cv-03839-MHC-RGV

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Rodney Bettis, Defendant Spring Oaks Capital, LLC, and Defendant Nissan Motor Acceptance Company, LLC, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this notice of dismissal of the case with prejudice with each party to bear its own attorney's fees and costs.

Dated: December 15, 2025.

Respectfully submitted,

/s/John A. Love
John A. Love
Georgia Bar No. 459155
**LOVE CONSUMER LAW**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA  30009
(tel.) 404.855.3600
(fax) 404.301.2300
tlove@loveconsumerlaw.com

*Counsel for Plaintiff*

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
**BEDARD LAW GROUP, P.C.**
John H. Bedard, Jr.
Georgia Bar No. 043473
Counsel for Defendant Spring Oaks
Capital, LLC
4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

*Counsel for Defendant Spring Oaks
Capital, LLC*

/s/ George G. Robertson
George G. Robertson
Georgia Bar No. 137995
**HOLLAND & KNIGHT LLP**
811 Main Street, Suite 2500
Houston, Texas 77002-5227
Telephone: (713) 821-7000
Facsimile: (713) 821-7001
george.robertson@hklaw.com

*Counsel for Defendant Nissan Motor
Acceptance Company LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

Dated: December 15, 2025.

*/s/ John A. Love*
John A. Love, Esq.
*Counsel for Plaintiff*